UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY HATCHER,

Plaintiff,

v.

Case No. 2:26-cv-241-KCD-NPM

D. RAMSEY, et al.,

Defendants.
_________________________________/

**ORDER**

Plaintiff Jeffrey Hatcher, a detainee at the Florida Civil Commitment Center (FCCC), initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 and the Religious Land Use for Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 2000cc et seq. (Doc. 1.) On June 16, 2026, the Court entered an order granting Hatcher's application to proceed *in forma pauperis* and screening the complaint under 28 U.S.C. § 1915(e)(2). (Doc. 7.) That order dismissed the complaint in part, afforded Hatcher an opportunity to amend, and required him to complete and return within 30 days the enumerated forms required to serve the Defendants. (Doc. 7 at 29-31.) That order further advised that if Hatcher failed to return the forms required to serve the defendants, the action would be subject to dismissal without further notice. Hatcher's deadline to respond has long since expired, but he has neither filed an amended complaint nor provided the service forms.

Based on the above, it is **ORDERED**:

1. This case is **DISMISSED WITHOUT PREJUDICE**, for want of prosecution.

2. The **Clerk** is **DIRECTED** to term all pending motions, enter judgment, and close this case.

**ENTERED** in Fort Myers, Florida on October 13, 2026.

Kyle C. Dudek
United States District Judge